UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST RATE STAFFING CORPORATION and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-4864-CAS (KSx)<br><br>**JUDGMENT** |
| FIRST RATE STAFFING CORPORATION,<br><br>    Counterclaimant,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, ZURICH NORTH AMERICA, and WORLD WIDE SPECIALTY PROGRAMS, INC.,<br><br>    Counter-Defendants. | Judge: Christina A. Snyder<br>Ctrm: 8D |

This matter was tried by the parties before a jury from January 8, 2019 to January 11, 2019. After deliberations, on January 11, 2019 the jury rendered

verdict in favor of Plaintiff Zurich American Insurance Company of Illinois on its complaint for breach of contract against Defendant First Rate Staffing Corporation for $813,336.00.

The jury also rendered a defense verdict in favor of Counter-Defendants Zurich American Insurance Company of Illinois and Zurich American Insurance Company as to all causes of action in the operable amended counterclaim of Counterclaimant First Rate Staffing Corporation.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Plaintiff Zurich American Insurance Company of Illinois on its complaint for breach of contract against Defendant First Rate Staffing Corporation in the amount of $813,336.00, plus prejudgment interest and costs in amounts to be determined by motion.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Counter-Defendants Zurich American Insurance Company of Illinois and Zurich American Insurance Company as to all causes of action in the operable amended counterclaim of Counterclaimant First Rate Staffing Corporation, with costs to be awarded to the aforementioned Counter-Defendants pursuant to motion.

DATED: January 17, 2019      UNITED STATES DISTRICT COURT

*Christina A. Snyder*

Hon. Christina A. Snyder
JUDGE OF THE DISTRICT COURT