Stephen C. Chuck (SBN 119612)
schuck@cbtlegal.com
Victoria J. Tsoong (SBN 261862)
vtsoong@ cbtlegal.com
**CHUCK & TSOONG, LLP**
700 North Brand Boulevard, Suite 440
Glendale, CA 91203
Tel: (626) 689-4000; Fax: (626) 689-4011

Attorneys for Defendant and Counter-Claimant
FIRST RATE STAFFING CORPORATION


Lincoln Horton, Esq. (SBN 165238)
lhorton@hortonvillagelaw.com
**Horton Village Law Group, APC**
16236 San Dieguito Road, Suite 5-24
Rancho Santa Fe, CA 92067
Phone: 858-832-8685

Attorneys for Plaintiff and Counter-Defendants
ZURICH AMERICAN INSURANCE COMPANY
OF ILLINOIS; ZURICH AMERICAN INSURANCE
COMPANY

**CLOSED**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS<br><br>Plaintiff<br>v.<br><br>FIRST RATE STAFFING CORPORATION and DOES 1 to 100, inclusive<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No: 2:17-cv-04864-CAS(KSx)<br><br>**ORDER ENTERING JUDGMENT PER STIPULATION OF PARTIES** |

    Having reviewed and considered the Stipulation for Entry of Judgment by and between Plaintiff and Counter-Defendant Zurich American Insurance Company of Illinois and Counter-Defendant Zurich American Insurance Company (collectively "Plaintiff

1

Zurich") and Defendant and Counter-Claimant First Rate Staffing Corporation ("Defendant FRS"), and finding just cause therefor, the Court orders as follows:

1. In accordance with that certain Settlement Agreement dated April 8, 2019, Plaintiff Zurich shall be paid the principal sum of Eight Hundred Twenty-Six Thousand, Three Hundred Twenty-Three Dollars and Six Cents ($826,323.06) ("Principal") plus interest at the rate of ten percent (10%) per annum thereon by Defendant FRS.

2. The Principal plus interest at the rate of ten percent (10%) per annum thereon due to Plaintiff Zurich shall be paid by Defendant FRS in accordance with the Settlement Agreement. A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A and incorporated herein by this reference.

3. This Stipulated Judgment is entered by this Court and shall supersede for all purposes the Judgment entered by the Court in this matter on January 18, 2019.

4. The Judgment shall be reduced by the amount of any payments made by Defendant FRS.

5. The United States District Court for the Central District of California, sitting in Los Angeles, California, shall have continuing, ancillary jurisdiction to enforce the Settlement Agreement and this Judgment on application of any party hereto, regardless of the status of the action, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America* (1994) 511 US 375, 378.

**IT IS SO ORDERED, ADJUDGED AND DECREED:**

UNITED STATES DISTRICT COURT

DATED: April 22, 2019

Hon. Christina A. Snyder
District Court Judge